WILLIAM J. PARKS, as Administrator de Bonis Non of the
Estate of ERWIN L. COOLIDGE, Deceased, Respondent, *v.*
JOSEPH G. MILLER et al., Appellants, Impleaded with
Others.

*Coolidge* v. *City of New York*, 99 App. Div. 175, affirmed.
(Submitted March 30, 1906; decided April 24, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March

15, 1905, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for the alleged negligent killing of plaintiff's intestate.

*Asa A. Spear* for appellants.

*Joseph H. Choate, Jr.,* and *William B. Waring* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.